UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
TIMBA BIMONT and JOHN DOE (NEW YORK), :
*on behalf of themselves and others similarly*      :          **ECF Case**
*situated*,                                          :
                                                     :
                                                     :          14-CV-7749 (JPO)
                                                     :
                              Plaintiffs,            :
                                                     :
     -against-                                       :          **NOTICE OF MOTION**
                                                     :
                                                     :
                                                     :
UNILEVER UNITED STATES, INC.,                        :
                                                     :
                                                     :
                                                     :
                              Defendant.             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in

Support of Defendant Unilever United States, Inc.'s ("Unilever") Motion to Dismiss Plaintiff's

Complaint, dated December 22, 2014, Defendant Unilever will move this Court, before the

Honorable J. Paul Oetken, United States District Judge for the Southern District of New York, at

Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New

York, New York, 10007, at a date and time to be determined by the Court, for an order

dismissing all claims against Defendant Unilever under Federal Rules of Civil Procedure

12(b)(6) and 9(b), and for such other relief as this Court deems just and proper.

        PLEASE TAKE FURTHER NOTICE that the deadline for any Opposition shall

be governed by Local Rule 6.1(b) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York.

Dated: New York, New York          Respectfully submitted,
       December 22, 2014

                          **WINSTON & STRAWN LLP**


By: /s/ Thomas J. Quigley
    Thomas J. Quigley
    Desiree M. Ripo
    Nicholas R. Alioto
    200 Park Avenue
    New York, NY  10166–4193
    Telephone:  (212) 294–6700
    Facsimile:  (212) 294–4700

    tquigley@winston.com
    dmripo@winston.com
    nalioto@winston.com

    *Attorneys for Defendant*
    *Unilever United States, Inc.*


TO:  C.K. Lee, Esq.
     Lee Litigation Group, PLLC
     30 East 39th Street, 2nd Floor
     New York, NY 10016
     Telephone: (212) 465-1180
     Facsimile: (212) 465-1181

     cklee@leelitigation.com

     *Attorneys for Plaintiff*

2