# Lee Litigation Group, PLLC

30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

May 1, 2015

**Via ECF**
Hon. J. Paul Oetken, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

      Re: *Bimont et al. v. Unilever United States, Inc.* (Case No. 14-cv-7749)

Dear Judge Oetken,

      We are counsel to Plaintiffs in the above-referenced matter. We write to respectfully request that the Court limit its review of Defendant's Reply Memorandum of Law in Support of its Motion to Dismiss Plaintiffs' First Amended Complaint (the "Reply") to the first ten pages of the memorandum. According to Rule 2(C) of the Court's Individual Rules of Practice in Civil Cases, "reply memoranda are limited to 10 pages."

      In this matter, Defendant never requested a page extension, nor did it receive prior consent from the Court. Accordingly, Plaintiffs request that all pages after page 10 be disregarded and not considered by the Court.

      We thank Your Honor in advance for the consideration of and attention to this request.

      Respectfully submitted,

      */s/ C.K. Lee*
      C.K. Lee, Esq.

Cc: all parties via ECF